IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRENCE MERRITT,

    Petitioner,

vs.                                    CASE NO. 5:08cv170/RS-MD

AGNES DAVIS,

    Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 3) and Petitioner's Motion to Dismiss (Doc. 4). Petitioner has not otherwise filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Petitioner's Motion to Dismiss (Doc. 4) is denied.

3. The Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 (Doc. 1) is dismissed with prejudice because Petitioner has not demonstrated entitlement to proceed under that section. The petition shall be treated as a §2255 motion and is therefore summarily dismissed as an unauthorized second or successive motion.

4. The clerk is directed to close the file.

**ORDERED** on July 9, 2008.

                                        /S/ Richard Smoak  
                                        **RICHARD SMOAK**  
                                        **UNITED STATES DISTRICT JUDGE**